UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRICK DWAYNE WEIDA, | CASE NO. C13-1219-JCC |
| Plaintiff, | ORDER |
| v. | |
| CAROLYN COLVIN, | |
| Defendant. | |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED without prejudice;

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

//
//
//
//

1       DATED this 6th day of January 2014.

<br>

                                                       *John C. Coughenour* (signature)

                                                       John C. Coughenour
                                                       UNITED STATES DISTRICT JUDGE